IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEFFREY ELMORE,                                                  PLAINTIFF
ADC # 091418

v.                                  3:24CV00035-KGB-JTK

DOES, et al.                                               DEFENDANTS

## ORDER

On March 18, 2024, the Court directed Jeffrey Elmore ("Plaintiff") to file an Amended Complaint within thirty (30) days if he wished to cure the deficiencies in his pleadings. (Doc. No. 6). Plaintiff says that on March 27, 2024 he put a package containing the Amended Complaint in the mail, but has not received a file-marked copy back. (Doc. No. 11 at 1). Plaintiff alleges his mail containing the Amended Complaint has been destroyed. (Id.). As such, the Court will give Plaintiff an additional thirty (30) days from the date of this Order in which to file his Amended Complaint. Plaintiff is directed to refer to the instructions in the Court's March 18, 2024 Order (Doc. No. 6) when drafting his Amended Complaint. The Clerk of the Court is directed to send Plaintiff a copy of docket entry no. 6 along with a copy of this Order.

IT IS SO ORDERED this 30th day of April, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE