## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JEFFREY C. ELMORE,**
**ADC # 091418**                                                                                          **PLAINTIFF**

**v.**                                            **Case No. 3:24-cv-00035-KGB**

**THOMAS HURST, Warden,**
**Grimes Unit;** *et al.*                                                            **DEFENDANTS**

## ORDER

Before the Court are the first Proposed Findings and Recommendations ("First Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 7) and the second Proposed Findings and Recommendations ("Second Recommendation") submitted by Judge Kearney (Dkt. No. 16).   Plaintiff Jeffrey C. Elmore has not filed any objections to the First or Second Recommendations, and the time to file objections has passed.  To the extent Mr. Elmore considers any of his filings as objections, the Court has conducted a *de novo* review of the record in assessing whether to adopt the First and Second Recommendations.   After careful consideration, the Court concludes that the First and Second Recommendations, should be, and hereby are, adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 7; 16).  The Court denies without prejudice Mr. Elmore's motion for summary judgment (Dkt. No. 3) and dismisses without prejudice Mr. Elmore's complaint for failure to prosecute (Dkt. No. 1).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge