# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JEFFREY C. ELMORE,**
**ADC # 091418**                                                                          **PLAINTIFF**

**v.**                           **Case No. 3:24-cv-00035-KGB**

**THOMAS HURST, Warden,**
**Grimes Unit;** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jeffrey C. Elmore's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 3rd day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge